**[J-97-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL CROSSEY, DWAYNE THOMAS,    :    No. 108 MM 2020
IRVIN WEINREICH, BRENDA WEINREICH,    :
AND THE PENNSYLVANIA ALLIANCE    :
FOR RETIRED AMERICANS,    :
   :
               Petitioners    :    SUBMITTED: September 8, 2020
   :
   :
         v.    :
   :
   :
KATHY BOOCKVAR, SECRETARY OF    :
THE COMMONWEALTH, AND JESSICA    :
MATHIS, DIRECTOR OF THE BUREAU OF    :
ELECTION SERVICES AND NOTARIES,    :
   :
             Respondents    :

*CONCURRING AND DISSENTING STATEMENT*

**CHIEF JUSTICE SAYLOR**                  **DECIDED: September 17, 2020**

I would not dismiss the Petitioner's request for extension of the deadline for receipt of mail-in ballots as moot. Instead, I would have employed this case as the vehicle to decide that issue on the evidentiary record developed before President Judge Leavitt in accordance with this Court's assignment, and I would have resolved the matter based on the rationale set forth by Justice Donohue in her concurring and dissenting opinion in *Pennsylvania Democratic Party v. Boockvar*, 133 MM 2020.

In all other respects, I join the *per curiam* Order.

Justices Donohue and Mundy join this concurring and dissenting statement.